UNITED STATES BANKRUPCY COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH

In Re:                                              :        CHAPTER 11
                                                    :
Kenneth William Brown,                              :        Case Number: 13-13343-EPK
                                                    :
    Debtor.                                      :

_____

Frank and Susan Rodriguez,                                   Adv. Case No. 13-1407-EPK

vs.

Kenneth William Brown,

_____

## CERTIFICATE OF SERVICE

    I HEREBY CERTIFY that a true and correct copy of the Summons and Notice of Pretrial/Trial In An Adversary Proceeding and Order Setting Filing and Disclosure Requirements for Pretrial and Trial was mailed on June 25, 2013 to Steven S. Newburgh, Esq., Talarchyk Newburgh, LLC, The Worth Building, 205 Worth Avenue, Suite 320, Palm Beach, Florida 33480 and Ken Brown 4020 South Ocean Boulevard, Manalapan, Florida 33462.

                                                        /s/ Frank R. Rodriguez, Esq.
                                                        FRANK R. RODRIGUEZ, ESQ.
                                                        Florida Bar No.: 348988
                                                        PAULINO A. NUÑEZ JR., ESQ.
                                                        Florida Bar. No.: 814806
                                                        RODRIGUEZ TRAMONT GUERRA & NUÑEZ, P.A.
                                                        255 Alhambra Circle _ Suite 1150
                                                        Coral Gables, Florida 33134
                                                        frr@rtgn-law.com
                                                        Telephone: 305-350-2300
                                                        Facsimile: 305-350-2525

And

/s/ Thomas R. Lehman, P.A.
Thomas R. Lehman, P.A.
Florida Bar No.: 318351
LEVINE KELLOGG LEHMAN SCHNEIDER &
GROSSMAN, LLP
Miami Center - 22nd Floor
201 S. Biscayne Boulevard
Miami, Florida 33131
trl@lklsg.com
Telephone: 305-403-8788
Facsimile: 305-403-8789