

ORDERED in the Southern District of Florida on August 6, 2013.



Erik P. Kimball, Judge
United States Bankruptcy Court

_____

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

| | |
|---|---|
| In re: | CASE NO. 13-13343-EPK |
| | CHAPTER 11 |
| KENNETH WILLIAM BROWN, | |
|     Debtor. | |
| _____/ | |
| | |
| FRANK RODRIGUEZ, SUSAN RODRIGUEZ, individually and on behalf of FRANK RODRIGUEZ, ALEXANDRA RODRIGUEZ, and ANDREW RODRIGUEZ, minors, | |
|     Plaintiffs, | |
| v. | ADV. PROC. NO. 13-01407-EPK |
| KENNETH WILLIAM BROWN, | |
|     Defendant. | |
| _____/ | |

**ORDER CONTINUING PRETRIAL CONFERENCE AND CERTAIN DEADLINES**

THIS MATTER came before the Court *sua sponte*. With the Court having reviewed the record and being otherwise fully advised in the premises, it is **ORDERED** as follows:

1. The Pretrial Conference in this matter is hereby CONTINUED to October 10, 2013 at 9:30 a.m. (the "Continued Pretrial Conference Date") at the United States Bankruptcy Court, Courtroom B, 8th Floor, West Palm Beach, Florida 33401.

2. All deadlines set forth in this Court's *Order Setting Filing and Disclosure Requirements for Pretrial and Trial* [ECF No. 3] (the "Deadline Order"), except for the deadlines set forth in Paragraphs 1(a) and (1)(b) of the Deadline Order, and except for the Dispositive Motions deadline set forth in Paragraph 10 of the Deadline Order, shall be calculated based on the Continued Pretrial Conference Date.

###

Copies furnished to:

Thomas R. Lehman, Esq.

*Thomas R. Lehman, Esq. is directed to serve a copy of this order on all appropriate parties and to file a certificate of service with the Court.*