United States Bankruptcy Court
Southern District of Florida

Rodriguez,
     Plaintiff

Brown,
     Defendant

Adv. Proc. No. 13-01407-EPK

## CERTIFICATE OF NOTICE

District/off: 113C-9    User: delaran    Page 1 of 2    Date Rcvd: Aug 06, 2013
                  Form ID: pdf004    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 08, 2013.
  NO NOTICES MAILED.

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
ust       +E-mail/Text: USTPRegion21.MM.ECF@usdoj.gov Aug 07 2013 00:50:33    Office of the US Trustee,
          51 S.W. 1st Ave.,    Suite 1204,    Miami, FL 33130-1614
                                                                                                                                              TOTAL: 1

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                                                                                                                     TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Aug 08, 2013**                                        **Signature:** _Joseph Speetjens_

```
District/off: 113C-9           User: delaran              Page 2 of 2                   Date Rcvd: Aug 06, 2013
                               Form ID: pdf004            Total Noticed: 1
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 6, 2013 at the address(es) listed below:
         Thomas R. Lehman, Esq.    on behalf of Plaintiff Susan  Rodriguez trl@lkllaw.com, jmh@lkllaw.com;esf@lkllaw.com;cag@lkllaw.com
         Thomas R. Lehman, Esq.    on behalf of Plaintiff Frank  Rodriguez trl@lkllaw.com, jmh@lkllaw.com;esf@lkllaw.com;cag@lkllaw.com
         Tina M. Talarchyk, Esq.    on behalf of Defendant Kenneth William Brown tmt@palmbeachbk11.com, cmecf@palmbeachbk11.com

                                                                                                             TOTAL: 3



**ORDERED in the Southern District of Florida on August 6, 2013.**



**Erik P. Kimball, Judge
United States Bankruptcy Court**

___

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

In re:                                                            CASE NO. 13-13343-EPK
                                                                   CHAPTER 11
**KENNETH WILLIAM BROWN,**

    Debtor.
_____/

**FRANK RODRIGUEZ, SUSAN
RODRIGUEZ, individually and on
behalf of FRANK RODRIGUEZ,
ALEXANDRA RODRIGUEZ, and
ANDREW RODRIGUEZ, minors,**

    Plaintiffs,
v.                                                                 ADV. PROC. NO. 13-01407-EPK

**KENNETH WILLIAM BROWN,**

    Defendant.
_____/

<u>**ORDER CONTINUING PRETRIAL CONFERENCE AND CERTAIN DEADLINES**</u>

    THIS MATTER came before the Court *sua sponte*. With the Court having reviewed the record and being otherwise fully advised in the premises, it is **ORDERED** as follows:

1.  The Pretrial Conference in this matter is hereby CONTINUED to October 10, 2013 at 9:30 a.m. (the "Continued Pretrial Conference Date") at the United States Bankruptcy Court, Courtroom B, 8th Floor, West Palm Beach, Florida 33401.

2.  All deadlines set forth in this Court's *Order Setting Filing and Disclosure Requirements for Pretrial and Trial* [ECF No. 3] (the "Deadline Order"), except for the deadlines set forth in Paragraphs 1(a) and (1)(b) of the Deadline Order, and except for the Dispositive Motions deadline set forth in Paragraph 10 of the Deadline Order, shall be calculated based on the Continued Pretrial Conference Date.

###

Copies furnished to:

Thomas R. Lehman, Esq.

*Thomas R. Lehman, Esq. is directed to serve a copy of this order on all appropriate parties and to file a certificate of service with the Court.*

2