United States Bankruptcy Court
Southern District of Florida

Rodriguez,
      Plaintiff

Adv. Proc. No. 13-01407-EPK

Brown,
      Defendant

## CERTIFICATE OF NOTICE

District/off: 113C-9      User: delaran      Page 1 of 2      Date Rcvd: Aug 06, 2013
                        Form ID: pdf005      Total Noticed: 3

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 08, 2013.
pla        +Frank Rodriguez,   255 Alhambra Circle, B Suite 1150,   Coral Gables, FL 33134-7415
dft        +Kenneth William Brown,   4020 South Ocean Blvd,   Manalapan, FL 33462-6217

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
ust        +E-mail/Text: USTPRegion21.MM.ECF@usdoj.gov Aug 07 2013 00:50:33     Office of the US Trustee,
          51 S.W. 1st Ave.,   Suite 1204,   Miami, FL 33130-1614
                                                                                                                            TOTAL: 1

         ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                                                                                                      TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Aug 08, 2013**                              **Signature:** _Joseph Speetjens_

```
District/off: 113C-9          User: delaran              Page 2 of 2                  Date Rcvd: Aug 06, 2013
                              Form ID: pdf005            Total Noticed: 3
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 6, 2013 at the address(es) listed below:

          Thomas R. Lehman, Esq.    on behalf of Plaintiff Susan  Rodriguez trl@lkllaw.com, jmh@lkllaw.com;esf@lkllaw.com;cag@lkllaw.com

          Thomas R. Lehman, Esq.    on behalf of Plaintiff Frank  Rodriguez trl@lkllaw.com, jmh@lkllaw.com;esf@lkllaw.com;cag@lkllaw.com

          Tina M. Talarchyk, Esq.   on behalf of Defendant Kenneth William Brown tmt@palmbeachbk11.com, cmecf@palmbeachbk11.com

                                                                                                TOTAL: 3



**ORDERED in the Southern District of Florida on August 6, 2013.**



**Erik P. Kimball, Judge**
**United States Bankruptcy Court**
_____

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

| | |
|---|---|
| In re: | CASE NO. 13-13343-EPK |
| | CHAPTER 11 |
| **KENNETH WILLIAM BROWN,** | |
|     Debtor. | |
| _____/ | |
| **FRANK RODRIGUEZ, SUSAN RODRIGUEZ**, individually and on behalf of **FRANK RODRIGUEZ, ALEXANDRA RODRIGUEZ,** and **ANDREW RODRIGUEZ,** minors, | |
|     Plaintiffs, | |
| v. | ADV. PROC. NO.  13-01407-EPK |
| **KENNETH WILLIAM BROWN,** | |
|     Defendant. | |
| _____/ | |

**ORDER SETTING HEARING AND RESPONSE DEADLINE
ON DEFENDANT'S MOTION TO DISMISS; SETTING STATUS
CONFERENCE ON PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT**

**THIS MATTER** came before the Court upon the *Defendant's Motion to Dismiss Adversary Case [ECF #1]* (the "Motion to Dismiss") [ECF No. 11] filed by Kenneth W.

Brown (the "Defendant") and the *Plaintiffs' Motion for Summary Judgment Against Defendant, Kenneth W. Brown* [ECF No. 9]. With the Court being fully advised in the premises, it is hereby **ORDERED** that:

1. The Court will hold a hearing on the Motion to Dismiss [ECF No. 11] on September 10, 2013 at 2:30 p.m. at the United States Bankruptcy Court, The Flagler Waterview Building, 1515 North Flagler Drive, 8th Floor, Courtroom B, West Palm Beach, Florida 33401.

2. Not later than three (3) business days prior to the date of the hearing set in paragraph 1, above, Frank Rodriguez and Susan Rodriguez, individually and on behalf of Frank Rodriguez, Alexandra Rodriguez, and Andrew Rodriguez, (the "Plaintiffs") shall file and serve on Defendant a response to the Motion to Dismiss. Absent leave of Court, the Plaintiffs' response and any supporting memorandum shall not exceed 20 pages in the aggregate. If the Plaintiffs fail to file and serve a timely response, the Motion to Dismiss may be granted without further notice and the hearing may be canceled.

3. The Court will hold a status conference on the *Plaintiffs' Motion for Summary Judgment against Defendant, Kenneth W. Brown* [ECF No. 9] on September 10, 2013 at 2:30 p.m. at the United States Bankruptcy Court, The Flagler Waterview Building, 1515 North Flagler Drive, 8th Floor, Courtroom B, West Palm Beach, Florida 33401.

###

Copies Furnished To:

All parties of record