

ORDERED in the Southern District of Florida on August 8, 2013.



Erik P. Kimball, Judge
United States Bankruptcy Court

_____

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

| | |
|---|---|
| In re: | CASE NO. 13-13343-EPK |
| | CHAPTER 11 |
| KENNETH WILLIAM BROWN, | |
|     Debtor. | |
| _____/ | |
| | |
| FRANK RODRIGUEZ, SUSAN RODRIGUEZ, individually and on behalf of FRANK RODRIGUEZ, ALEXANDRA RODRIGUEZ, and ANDREW RODRIGUEZ, minors, | |
|     Plaintiffs, | |
| v. | ADV. PROC. NO.  13-01407-EPK |
| KENNETH WILLIAM BROWN, | |
|     Defendant. | |
| _____/ | |

### ORDER DENYING MOTION FOR ENTRY OF DEFAULT

**THIS MATTER** came before the Court upon the *Plaintiffs' Motion for Entry of Default Against Defendant, Kenneth W. Brown* [ECF No. 8].  Local Rule 7055-1 states:

1

> Motions for entry of default shall be verified (sworn under penalty of perjury) and shall state that the defendant has been properly served with the complaint, that no response has been served on the plaintiff, and that the defendant—if an individual—is not a member of the military service. If defaults have been entered against all defendants, the plaintiff may submit a motion for judgment by default, a supporting affidavit calculating the amount of the damages sought, and a proposed judgment based on the allegations deemed admitted.

Having considered the Motion, and being otherwise fully advised in the premises, it is

ORDERED AND ADJUDGED that the Motion [ECF No. 8] is DENIED without prejudice for failure to comply with Local Rule 7055-1.

###

Copies Furnished To:
Thomas R. Lehman, Esq.

*Thomas R. Lehman, Esq. is directed to serve a conformed copy of this Order on all appropriate parties and to file a certificate of service with the court.*