UNITED STATES BANKRUPCY COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH

In Re:                                              CHAPTER 11

Kenneth William Brown,                              Case Number: 13-13343-EPK

    Debtor.

---

Frank and Susan Rodriguez,                          Adv. Case No. 13-1407-EPK

    Plaintiff,

vs.

Kenneth William Brown,

    Defendant.

---

### CERTFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the *Order Continuing Pretrial Conference and Certain Dates* [ECF No. 14] together with the referenced *Order Setting Filing and Disclosure Requirements for Pretrial and Trial* [ECF No. 3] was served on August 12, 2013 via via U.S. Mail upon Tina M Talarchyk, Esq., The Talarchyk Firm, The Worth Avenue Building, 205 Worth Avenue, Suite 320, Palm Beach, FL 33480; and Kenneth Brown, 4020 South Ocean Blvd., Manalapan, FL 33462.

                                                /s/ Frank R. Rodriguez, Esq.
                                                FRANK R. RODRIGUEZ, ESQ.
                                                Florida Bar No.: 348988
                                                PAULINO A. NUÑEZ JR., ESQ.
                                                Florida Bar. No.: 814806
                                                RODRIGUEZ TRAMONT GUERRA & NUÑEZ, P.A.
                                                255 Alhambra Circle _ Suite 1150
                                                Coral Gables, Florida 33134
                                                frr@rtgn-law.com

Telephone: 305-350-2300
Facsimile: 305-350-2525

And

/s/ Thomas R. Lehman, P.A.
Thomas R. Lehman, P.A.
Florida Bar No.: 318351
LEVINE KELLOGG LEHMAN SCHNEIDER &
GROSSMAN, LLP
Miami Center - 22nd Floor
201 S. Biscayne Boulevard
Miami, Florida 33131
trl@lklsg.com
Telephone: 305-403-8788
Facsimile: 305-403-8789