

**ORDERED in the Southern District of Florida on September 5, 2013.**



Erik P. Kimball, Judge
United States Bankruptcy Court

_____

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

| | |
|---|---|
| In re: | CASE NO. 13-13343-EPK |
| | CHAPTER 11 |
| KENNETH WILLIAM BROWN, | |
|     Debtor. | |
| _____/ | |
| | |
| FRANK RODRIGUEZ, SUSAN RODRIGUEZ, individually and on behalf of FRANK RODRIGUEZ, ALEXANDRA RODRIGUEZ, and ANDREW RODRIGUEZ, minors, | |
|     Plaintiffs, | |
| v. | ADV. PROC. NO. 13-01407-EPK |
| KENNETH WILLIAM BROWN, | |
|     Defendant. | |
| _____/ | |

**ORDER SETTING BRIEFING SCHEDULE
ON MOTION FOR SUMMARY JUDGMENT**

    **THIS MATTER** came before the Court upon the *Plaintiffs' Motion for Summary Judgment Against Defendant, Kenneth W. Brown* [ECF No. 9] (the "Motion for Summary

Judgment") filed by the Plaintiffs. With the Court being fully advised in the premises, it is hereby **ORDERED** that:

    1.    Kenneth W. Brown (the "Defendant") has until September 17, 2013 to respond to the Motion for Summary Judgment. The title of the responsive pleading shall reference the title of the original motion. Failure to file a timely response may result in the granting of the Motion for Summary Judgment.

    2.    Plaintiffs and Defendant are hereby ordered to file with this Court a Joint Stipulation of Facts on or before September 17, 2013. The title of the Joint Stipulation of Facts shall reference the title of the original motion.

    3.    Plaintiffs will then have until September 27, 2013 to file a reply to the response. The title of the reply shall reference the title of the original motion.

    4.    Absent prior permission of the Court, no party shall file any legal memorandum exceeding twenty (20) pages in length, with the exception of a reply which shall not exceed ten (10) pages in length. Title pages preceding the first page of text in a memorandum, signature pages, and certificates of service shall not be counted as pages for purposes of this rule. If a party wants the Court to consider affidavits, declarations, or other materials in support of or in opposition to the motion, then: (A) the movant must serve with the motion all such materials; and (B) the opposing party must serve with the opposing memorandum all such materials in opposition to the motion. The movant may serve a reply memorandum with affidavits, declarations, or other materials provided that all such materials are strictly limited to rebuttal of matters raised in the opposing memorandum. Absent prior permission of the Court, no party shall file affidavits or declarations that exceed twenty (20) pages in the aggregate.

###

Copies Furnished To:

Thomas R. Lehman, Esq.

*Thomas R. Lehman, Esq. is directed to serve a conformed copy of this Order on all appropriate parties not listed above and to file a certificate of service with the court.*