

ORDERED in the Southern District of Florida on September 6, 2013.



Erik P. Kimball, Judge
United States Bankruptcy Court

___

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**West Palm Beach Division**

In re:

KENNETH WILLIAM BROWN,

      Debtor.
_____/

FRANK RODRIGUEZ, SUSAN
RODRIGUEZ, individually and on
behalf of FRANK RODRIGUEZ,
ALEXANDER RODRIGUEZ and
ANDREW RODRIGUEZ, minors,

      Plaintiffs,
v.

KENNETH WILLIAM BROWN,

      Defendant.
_____/

Case No. 13-13343-EPK

Chapter 11

Adv. Proc. No. 13-1407-EPK

**AGREED ORDER ON STIPULATED MOTION FOR SUBSTITUTION OF COUNSEL**

      THIS CAUSE, having come before the Court on the Stipulated Motion for Substitution of Counsel, and the Court, being advised of the agreement of counsel and being duly advised in the premises, it is

ORDERED AND ADJUDGED as follows:

1. Defendant, KENNETH WILLIAM BROWN, shall henceforth be represented in this action by OZMENT MERRILL.

2. THE TALARCHYK FIRM and TINA M. TALARCHYK, ESQ. are both hereby relieved of any further responsibility as counsel for Defendant, KENNETH WILLIAM BROWN, in the action herein.

3. All future communications to Defendant, KENNETH WILLIAM BROWN, shall be directed to OZMENT MERRILL, 2001 Palm Beach Lakes Blvd., Suite 410, West Palm Beach, Florida 33409.

####

Submitted by:
Matthew T. Girardi, Esq., Ozment Merrill, 2001 Palm Beach Lakes Blvd., Suite 410, West Palm Beach, Florida 33409

The party submitting the order shall serve a copy of the signed order on all required parties and file with the court a certificate of service conforming with Local Rule 2002-1(F).