**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**West Palm Beach Division**

In re:

KENNETH WILLIAM BROWN,

        Debtor.
_____/

FRANK RODRIGUEZ, SUSAN
RODRIGUEZ, individually and on
behalf of FRANK RODRIGUEZ,
ALEXANDER RODRIGUEZ and
ANDREW RODRIGUEZ, minors,

        Plaintiffs,

v.

KENNETH WILLIAM BROWN,

        Defendant.
_____/

Case No. 13-13343-EPK

Chapter 11

Adv. Proc. No. 13-1407-EPK

### DEFENDANT'S APPLICATION
### FOR EMPLOYMENT OF ATTORNEY

    KENNETH WILLIAM BROWN, Defendant, respectfully requests an order of the court authorizing the employment of **Matthew T. Girardi, Esq.** of the law firm of **Ozment Merrill** to represent the Defendant in this case and states:

    1.    The Defendant desires to employ **Ozment Merrill** as attorney(s) in this case.

    2.    Defendant has paid a retainer to **Ozment Merrill** in the amount of $10,000.00 from exempt funds. This is one $10,000.00 retainer for both the main case and the adversary case and not a $10,000.00 for each. Said retainer was procured from Defendant's IRA and annuity, account no. 3254414B.

    3.    The Defendant believes that the attorney is qualified to practice in this court and is qualified to advise the Defendant with regard to the adversary proceeding.

4. The professional services the attorney will render are summarized as follows:

   a. To give advice to the Defendant with respect to his defenses in regard to the adversary proceeding;

   b. To prepare motions, pleadings, orders, applications, and other legal documents necessary in the case; and

   c. To protect the interest of the Defendant in all matters pending before the court.

5. To the best of the Defendant's knowledge, neither said attorney nor said law firm have any connection with the creditors or other parties in interest or their respective attorneys. Neither said attorney nor said law firm represent any interest adverse to the Defendant. Note, however, that David Lloyd Merrill, Esq. of **Ozment Merrill** is closely related to Talarchyk Merrill which may be owed significant post-petition fees for the Debtor's main case.

6. Attached to this motion is the proposed attorney's affidavit demonstrating **Matthew T. Girardi, Esq.** and **Ozment Merrill** are disinterested as required by 11 U.S.C. §327(a) and a verified statement as required under Bankruptcy Rule 2014.

The Defendant respectfully requests an order authorizing retention of **Matthew T. Girardi, Esq. and Ozment Merrill** on a general retainer, pursuant to 11 U.S.C. §§327 and 330.

I CERTIFY that a true copy of this application was mailed on 9/6/13 to the parties indicated below.

_____
KENNETH WILLIAM BROWN

Attach or file separately a Local Rule 2002-1(F) certificate of service reflecting manner and date of service on the following parties:

All Appearances