U.S. BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION
www.flsb.uscourts.gov

| | |
|---|---|
| In re:<br>KENNETH WILLIAM BROWN,<br><br>               Debtor.<br>_____/ | Case No. 13-13343-EPK<br><br>Chapter 11 |
| FRANK RODRIGUEZ, SUSAN RODRIGUEZ, individually and on behalf of FRANK RODRIGUEZ, ALEXANDRA RODRIGUEZ, and ANDREW RODRIGUEZ, minors<br><br>               Plaintiff,<br>v.<br><br>KENNETH WILLIAM BROWN,<br><br>               Defendant.<br>_____/ | Adv. No.: 13-1407-EPK |

**DEFENDANT'S EX PARTE MOTION FOR ENLARGEMENT OF TIME
TO FILE RESPONSE TO MOTION FOR SUMMARY JUDGMENT**

Defendant, KENNETH WILLIAM BROWN ("Defendant"), by and through his undersigned counsel, moves this Court for an Enlargement of Time to File Response to Motion for Summary Judgment, and as grounds therefore states as follows:

1. On July 30, 2013, Plaintiffs filed their Adversary Complaint to Revoke Discharge.

2. On September 5, 2013, this Court issued an Order Setting Briefing Schedule on Motion for Summary Judgment, with Defendant's Response, and Joint Stipulation to Facts due September 17, 2013.

3. Defendant's Answer to the Complaint is not due until September 30, 2013.

4.  Defendant just received Plaintiff's proposed Joint Stipulation to Facts, which may be pertinent to the Response.

5.  Due to other litigation, as well as the current high pending workload of Defendant's counsel, additional time is needed to file a response, necessitating the filing of this motion.

6.  Counsel for Defendant represents he will only need an additional 10 days to complete a response in this case, and respectfully requests an extension through and including September 27, 2013.

7.  This motion is made for good cause and is not interposed to delay the proceedings herein and no prejudice will inure to any of the parties herein as a result of an enlargement of time.

WHEREFORE, Defendant respectfully requests that this court enter an order extending the time within which to file a Response to the Motion for Summary Judgment through and including September 27, 2013, and requests such other and further relief as this court may deem just and proper.

## CERTIFICATIONS

I HEREBY CERTIFY that I am admitted to the Bar of the United States District Court for the Southern District of Florida and that I am in compliance with the additional qualifications to practice in this Court as set forth in Local Rule 2090-1(A).

I HEREBY CERTIFY that a true copy of the foregoing document has been furnished by electronic or U.S. Mail to all interested parties on this September 17, 2013.

Respectfully submitted,   **OZMENT MERRILL**

By: __/s/ Matthew T. Girardi__
Matthew T. Girardi, Esquire

                                          For the Firm  
                                        Florida Bar No. 75339  
                                        2001 Palm Beach Lakes Blvd  
                                        Suite 410  
                                        West Palm Beach, FL 33409  
                                        (O) +1.561.689-6789  
                                        (F) +1.561.689-6767  
                                        Matt@ombkc.com

                             **SERVICE MATRIX**

Jay T. Hollenkamp, Esq.  
311 S. 2nd Street, Suite 200  
Fort Pierce, FL 34950  
Email: jhollenkamp@neillgriffin.com

Case 13-01407-EPK    Doc 39    Filed 09/17/13    Page 3 of 3