United States Bankruptcy Court
Southern District of Florida

Rodriguez,
    Plaintiff

Adv. Proc. No. 13-01407-EPK

Brown,
    Defendant

## CERTIFICATE OF NOTICE

District/off: 113C-9      User: delaran      Page 1 of 1      Date Rcvd: Sep 18, 2013
                         Form ID: pdf004     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 20, 2013.
  NO NOTICES MAILED.

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
ust        +E-mail/Text: USTPRegion21.MM.ECF@usdoj.gov Sep 19 2013 00:03:54     Office of the US Trustee,
         51 S.W. 1st Ave.,   Suite 1204,   Miami, FL 33130-1614
                                                                                                                         TOTAL: 1

           ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                                                                                               TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 20, 2013                                                  Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 18, 2013 at the address(es) listed below:
        David L. Merrill, Esq.   on behalf of Defendant Kenneth William Brown ecf@ombkc.com, david@ombkc.com;lisa@ombkc.com
        K Drake Ozment   on behalf of Defendant Kenneth William Brown ecf@ombkc.com, drakeozmentlaw@gmail.com;drake@drakeozment.com
        Matthew T Girardi   on behalf of Defendant Kenneth William Brown matt@drakeozment.com
        Thomas R. Lehman, Esq.   on behalf of Plaintiff Susan Rodriguez trl@lklsg.com, cag@lklsg.com;esf@lklsg.com
        Thomas R. Lehman, Esq.   on behalf of Plaintiff Frank Rodriguez trl@lklsg.com, cag@lklsg.com;esf@lklsg.com
                                                                                                                                       TOTAL: 5



**ORDERED in the Southern District of Florida on September 18, 2013.**



**Erik P. Kimball, Judge**
**United States Bankruptcy Court**

_____

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**WEST PALM BEACH DIVISION**

| | |
|---|---|
| In re: | CASE NO. 13-13343-EPK |
| | CHAPTER 11 |
| **KENNETH WILLIAM BROWN,** | |
|     Debtor. | |
| _____/ | |
| **FRANK RODRIGUEZ, SUSAN RODRIGUEZ**, individually and on behalf of **FRANK RODRIGUEZ, ALEXANDRA RODRIGUEZ,** and **ANDREW RODRIGUEZ**, minors, | |
|     Plaintiffs, | |
| v. | ADV. PROC. NO.  13-01407-EPK |
| **KENNETH WILLIAM BROWN,** | |
|     Defendant. | |
| _____/ | |

**ORDER CONTINUING PRETRIAL CONFERENCE AND CERTAIN DEADLINES**

THIS MATTER came before the Court *sua sponte*.  With the Court having reviewed the record and being otherwise fully advised in the premises, it is **ORDERED** as follows:

1. The Pretrial Conference in this matter is hereby CONTINUED to November 14, 2013 at 9:30 a.m. (the "Continued Pretrial Conference Date") at the United States Bankruptcy Court, Courtroom B, 8th Floor, West Palm Beach, Florida 33401.

2. All deadlines set forth in this Court's *Order Setting Filing and Disclosure Requirements for Pretrial and Trial* [ECF No. 21] (the "Deadline Order"), except for the deadlines set forth in Paragraphs 1(a) and (1)(b) of the Deadline Order, and except for the Dispositive Motions deadline set forth in Paragraph 10 of the Deadline Order, shall be calculated based on the Continued Pretrial Conference Date.

###

Copies furnished to:

Thomas R. Lehman, Esq.

*Thomas R. Lehman, Esq. is directed to serve a copy of this order on all appropriate parties and to file a certificate of service with the Court.*