UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA

WEST PALM BEACH DIVISION

IN RE:                                                                                   CASE NO.: 13-13343-EPK

KENNETH W. BROWN

        Debtor.
_____/

FRANK RODRIGUEZ,
SUSAN RODRIGUEZ, individually and on
behalf of FRANK RODRIGUEZ,
ALEXANDRA RODRIGUEZ, and
ANDREW RODRIGUEZ, minors,                    ADVERSARY PROCEEDING
                                                                           CASE NO.: 13-01407-EPK

        Plaintiffs,

v.

KENNETH W. BROWN,

        Defendant.
_____/

**STIPULATION OF FACTS IN CONNECTION WITH
PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT
<u>AGAINST DEFENDANT, KENNETH W. BROWN</u>**

In accordance with the Order Setting Briefing Schedule on Motion for Summary Judgment, Plaintiffs and Defendant stipulate that the following facts are admitted and require no proof at trial:

1. This Court has jurisdiction over this adversary proceeding.

2. In December of 2007, the Securities and Exchange Commission ("SEC") obtained a judgment in case number 05-80367-CIV-MIDDLEBROOKS/JOHNSON against Kenneth W. Brown ("Brown") and K.W. Brown Investments ("KWB"), among others, ("Federal Final Judgment").

CASE NO.:13-01407-EPK

    3.    The Findings of Fact and Conclusions of Law entered by the Honorable Magistrate Judge Linnea R. Johnson ("Findings and Conclusions") in the aforementioned case sets forth the basis for the Federal Final Judgment.

    4.    On or about May 15, 2008, Mr. Rodriguez and his family filed their Statement of Claim with the Financial Industry Regulatory Authority ("FINRA") against Brown. The arbitration case was styled Frank Rodriguez, Susan Rodriguez, individually and on behalf of Frank Rodriguez, Alexandra Rodriguez, and Andrew Rodriguez, minors v. TD Ameritrade Clearing Inc., K.W. Brown Investments, Kenneth Brown and Wendy Brown, FINRA Case No. 08-01566 (the "Arbitration").

    5.    On May 20, 2011, a FINRA arbitration panel (the "Panel") entered an arbitration award (the "Award") in favor of Rodriguez and against Brown and KWB for negligent supervision and breach of fiduciary duty.

    6.    On or about June 21, 2011, Brown filed a Motion to Vacate Arbitration Award in the Circuit Court of Palm Beach County, in which he sought to vacate the Award.

    7.    On or about August 5, 2011, the Plaintiffs filed their Opposition to Petitioner's First Amended Motion to Vacate Arbitration Award and Counterclaim to Confirm Arbitration Award.

    8.    On or about May 9, 2012, the Palm Beach County Circuit Court entered a final judgment confirming the Award in the amount of $489,343.65 ("State Final Judgment").

    9.    On or about May 31, 2012, Brown appealed the State Final Judgment to the Fourth District Court of Appeal ("Appeal"). The Appeal is currently pending.

    10.    Brown has not posted a bond while the Appeal of the State Final Judgment is pending.

CASE NO.:13-01407-EPK

11. Since September 17, 2013 the parties have tried to negotiate and agree upon more stipulated facts but have been unable to agree on additional proposed stipulated facts. The parties will continue to make an effort to agree on additional stipulated facts.

**STIPULATED AND AGREED TO BY:**

/s/ Frank R. Rodriguez, Esq.
FRANK R. RODRIGUEZ, ESQ.
Florida Bar No.: 348988
PAULINO A. NUÑEZ JR., ESQ.
Florida Bar. No.: 814806
RODRIGUEZ TRAMONT GUERRA & NUÑEZ, P.A.
255 Alhambra Circle Suite 1150
Coral Gables, Florida 33134
frr@rtgn-law.com
Telephone: 305-350-2300
Facsimile: 305-350-2525

MATTHEW T. GIRARDI, ESQ.
Florida Bar No.: 75339
OZMENT MERRILL
2001 Palm Beach Lakes Blvd., Suite 410
West Palm Beach, Florida 33409
Telephone: 561- 689-6789
matt@ombkc.com

And

/s/ Thomas R. Lehman, P.A.
THOMAS R. LEHMAN, P.A.
Florida Bar No.: 318351
LEVINE KELLOGG LEHMAN SCHNEIDER &
GROSSMAN, LLP
Miami Center - 22nd Floor
201 S. Biscayne Boulevard
Miami, Florida 33131
trl@lklsg.com
Telephone: 305-403-8788
Facsimile: 305-403-8789