UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
West Palm Beach Division

In re:

KENNETH WILLIAM BROWN,

       Debtor.
_____/

Case No. 13-13343-EPK

Chapter 11

FRANK RODRIGUEZ, SUSAN RODRIGUEZ, individually and on behalf of FRANK RODRIGUEZ, ALEXANDER RODRIGUEZ and ANDREW RODRIGUEZ, minors,

       Plaintiffs,

v.

KENNETH WILLIAM BROWN,

       Defendant.
_____/

Adv. Proc. No. 13-1407-EPK

## DEFENDANT'S INITIAL DISCLOSURES (RULE 26)

Pursuant to the Court's Order Establishing Deadlines ("Order") and Rule 26(a), Federal Rules of Civil Procedure, KENNETH WILLIAM BROWN ("Defendant") by and through his undersigned counsel, makes the following initial disclosures to the Plaintiffs as follows:

WITNESSES

1.    At the present time, subject to amendment, the Defendant intends to rely upon the following witnesses at trial:

    a.    Kenneth William Brown

    b.    All audit personnel

DOCUMENTS

2. At the present time, subject to amendment, the Defendant intends to rely upon the following documents at trial:

    a. All documents in the original bankruptcy case filing and in the instant adversary proceeding.

    b. All documents listed and/or relied upon by the Plaintiff.

    c. All rebuttal documents as necessary.

    d. Defendant reserves the right to supplement and/or amend this disclosure as discovery progresses.

I HEREBY CERTIFY that I am admitted to the Bar of the United States District Court for the Southern District of Florida and that I am in compliance with the additional qualifications to practice in this Court as set forth in Local Rule 2090-1(A).

I HEREBY CERTIFY that a true copy of the foregoing document has been furnished by electronic or U.S. Mail to the following this October 15, 2013:

Frank R. Rodriguez, Esq.
Rodriguez Tramont Guerra & Nunez, P.A.
255 Alhambra Circle, Suite 1150
Coral Gables, Florida 33134

Thomas R. Lehman, Esq.
Levine, Kellogg Lehman Schneider Grossman, LLP
Miami Center - 22nd Floor
201 South Biscayne Boulevard
Miami, Florida 33131

**OZMENT MERRILL**

By:   */s/ Matthew T. Girardi*
     MATTHEW T. GIRARDI, ESQ.
     Florida Bar No. 75339
     2001 Palm Beach Lakes Blvd.
     Suite 410
     West Palm Beach, FL 33409
     (o) +1.561.689.6789
     (f) +1.561.689.6767