United States Bankruptcy Court
Southern District of Florida

Rodriguez,
    Plaintiff

Adv. Proc. No. 13-01407-EPK

Brown,
    Defendant

# CERTIFICATE OF NOTICE

District/off: 113C-9        User: delaran        Page 1 of 1        Date Rcvd: Jan 03, 2014
                      Form ID: pdf004     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 05, 2014.
  NO NOTICES MAILED.

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
ust       +E-mail/Text: USTPRegion21.MM.ECF@usdoj.gov Jan 03 2014 23:53:28     Office of the US Trustee,
         51 S.W. 1st Ave.,   Suite 1204,   Miami, FL 33130-1614
                                                                                              TOTAL: 1

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                                                                                             TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 05, 2014                                                      Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 3, 2014 at the address(es) listed below:
          Christopher P Salamone   on behalf of Defendant Kenneth William Brown chris@ombkc.com,
           ecf@ombkc.com
          David L. Merrill, Esq.   on behalf of Defendant Kenneth William Brown david@ombkc.com,
           ecf@ombkc.com;zoraida@ombkc.com
          K Drake Ozment    on behalf of Defendant Kenneth William Brown ecf@ombkc.com,
           drakeozmentlaw@gmail.com;drake@drakeozment.com
          Matthew T Girardi    on behalf of Defendant Kenneth William Brown matt@drakeozment.com
          Thomas R. Lehman, Esq.   on behalf of Plaintiff Susan  Rodriguez trl@lklsg.com,  esf@lklsg.com
          Thomas R. Lehman, Esq.   on behalf of Plaintiff Frank  Rodriguez trl@lklsg.com,  esf@lklsg.com
                                                                                                                                     TOTAL: 6



ORDERED in the Southern District of Florida on January 3, 2014.



Erik P. Kimball, Judge
United States Bankruptcy Court

---

## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF FLORIDA
### West Palm Beach Division

In re:

KENNETH WILLIAM BROWN,

        Debtor.
_____/

Case No. 13-13343-EPK

Chapter 11

FRANK RODRIGUEZ, SUSAN
RODRIGUEZ, individually and on
behalf of FRANK RODRIGUEZ,
ALEXANDER RODRIGUEZ and
ANDREW RODRIGUEZ, minors,

        Plaintiffs,

v.

KENNETH WILLIAM BROWN,

        Defendant.
_____/

Adv. Proc. No. 13-1407-EPK

### ORDER ON SUBSTITUTION OF COUNSEL

THIS CAUSE came on before the Court upon the Ex Parte Motion for substitution of Counsel for KENNETH WILLIAM BROWN, (the Debtor), and its former counsel having consented to the requested substitution, and the Court having considered the matter on the

papers submitted, accordingly it is:

**ORDERED AS FOLLOWS:**

1. David L. Merrill, Esq. hereby substituted in this action in place of Matthew T. Girardi, Esq. as counsel for the Debtor.

2. Matthew T. Girardi, Esq. is relieved of all further responsibility as counsel of record in this action

###

**Submitted by:**

Attorney David Merrill is directed to serve copies of this Order on all interested parties and file a certificate of service.