

**ORDERED in the Southern District of Florida on January 10, 2014.**

_Erik P. Kimball, Judge_
**Erik P. Kimball, Judge**
**United States Bankruptcy Court**

_____

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

| | |
|---|---|
| In re: | Case No. 13-13343-EPK |
| | Chapter 11 |
| KENNETH WILLIAM BROWN, | |
|     Debtor. | |
| _____/ | |
| FRANK RODRIGUEZ and | |
| SUSAN RODRIGUEZ, | |
|     Plaintiffs, | |
| v. | Adv. Proc. No. 13-01407-EPK |
| KENNETH WILLIAM BROWN, | |
|     Defendant. | |
| _____/ | |

**ORDER CONTINUING PRETRIAL CONFERENCE AND CERTAIN DEADLINES**

THIS MATTER came before the Court for pretrial conference on January 9, 2014.

For the reasons stated on the record, and being otherwise fully advised in the premises, it is

**ORDERED** as follows:

1.      The Pretrial Conference in this matter is hereby CONTINUED to March 13, 2014 at 9:30 a.m. (the "Continued Pretrial Conference Date") at the United States Bankruptcy Court, 1515 North Flagler Drive, Courtroom B, 8th Floor, West Palm Beach, Florida 33401.

2.      All deadlines set forth in this Court's *Order Setting Filing and Disclosure Requirements for Pretrial and Trial* [ECF No. 3] (the "Deadline Order"), except for the deadlines set forth in Paragraphs 1(a) and (1)(b) of the Deadline Order, and except for the Dispositive Motions deadline set forth in Paragraph 10 of the Deadline Order, shall be calculated based on the Continued Pretrial Conference Date.

###

Copies furnished to:

Thomas R. Lehman, Esq.

*Thomas R. Lehman, Esq. is directed to serve a copy of this Order on all appropriate parties and to file a certificate of service with the Court.*