

**ORDERED in the Southern District of Florida on April 14, 2014.**

Erik P. Kimball, Judge
United States Bankruptcy Court

_____

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

| | |
|---|---|
| In re: | CASE NO.: 13-13343-EPK |
| KENNETH WILLIAM BROWN, | CHAPTER 11 |
|     Debtor. _____/ | |
| FRANK RODRIGUEZ and SUSAN RODRIGUEZ, | ADV. NO.: 13-01407-EPK |
|     Plaintiffs, | |
| v. | |
| KENNETH WILLIAM BROWN, | |
|     Defendant. _____/ | |

## FINAL JUDGMENT

**THIS MATTER** came before the Court for trial on April 4, 2014 and April 7, 2014 upon the complaint filed by Frank Rodriguez and Susan Rodriguez (the "Plaintiffs"). The Court has considered the evidence presented at trial, including the testimony of witnesses

and the documentary and other evidence admitted, as well as the presentations of counsel, and applicable law. The Court is otherwise fully advised in the premises.

In accordance with Fed. R. Bankr. P. 7058, for the reasons stated on the record at the close of trial on April 7, 2014, it is **ORDERED AND ADJUDGED** that:

1. Final Judgment is entered in favor of the Plaintiffs on Count I of the complaint.

2. Pursuant to 11 U.S.C. § 523(a)(4), the debt represented by the *Final Judgment* of the Circuit Court of the Fifteenth Judicial Circuit in and for Palm Beach County, Florida, dated May 9, 2012 (nunc pro tunc to May 2, 2012) in Case Number 50-2011-CA-009198 in the amount of $489,343.65, plus post-judgment interest at the rate of 4.75% a year, shall not be subject to discharge in the above-captioned chapter 11 case.

###

Copies Furnished To:

Thomas Lehman, Esq.

*Thomas Lehman, Esq. is directed to serve a copy of this Order on all parties in interest and to file a certificate of service attesting to such service.*