UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION
www.flsb.uscourts.gov

IN RE:

KENNETH WILLIAM BROWN,

        Debtor(s).
_____/.

Case No: 13-13343-BKC-EPK
Chapter 11 Case

FRANK RODRIGUEZ, SUSAN
RODRIGUEZ, individually and on
behalf of FRANK RODRIGUEZ,
ALEXANDER RODRIGUEZ and
ANDREW RODRIGUEZ, minors,

        Plaintiffs,
vs.
KENNETH WILLIAM BROWN,

        Defendant.
_____/.

Adv. Proc. No. 13-1407-EPK

## NOTICE OF APPEAL

        The Defendant, **KENNETH WILLIAM BROWN**, by and through undersigned counsel, appeals to the District Court of the Southern District of Florida from the Final Judgment (ECF No. 85) entered in this adversary proceeding on April 15, 2014.

        The parties to the order of final judgment appealed from and the names and addresses of their respective attorneys are as follows:

| | |
|---|---|
| David L. Merrill, Esq. & | Thomas R. Lehman, Esq. |
| Christopher P. Salamone, Esq. | 201 S. Biscayne Blvd. 22nd Floor |
| 2001 Palm Beach Lakes Blvd | Miami, FL 33131 |
| Suite 410 | *Attorney for Plaintiffs* |
| West Palm Beach, FL 33409 | |
| *Attorneys for Defendant* | |

| | |
|---|---|
| Kenneth William Brown<br>4020 South Ocean Blvd<br>Manalapan, FL 33462<br>*Defendant* | Frank Rodriguez & Susan Rodriguez<br>255 Alhambra Cir. B, Suite 1150<br>Coral Gables, FL 33134<br>*Plaintiffs* |

**I HEREBY CERTIFY** that I am admitted to the Bar of the United States District Court for the Southern District of Florida, and I am in compliance with the additional qualifications to practice in this Court set forth in Local Rule 2090-1(A).

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was sent on this 25th day of April, 2014 by either CM/ECF or U.S. Mail to:

Thomas R. Lehman, Esq. on behalf of Plaintiffs Frank and Susan Rodriguez
trl@lklsg.com, esf@lklsg.com

Frank and Susan Rodriguez
255 Alhambra Cir. B., Suite 1150
Coral Gables, FL 33134

Dated this the 25th day of April 2014.

**OZMENT MERRILL**

By: */s/ Christopher P. Salamone*
CHRISTOPHER P. SALAMONE, ESQ.
Florida Bar No. 75951
DAVID LLOYD MERRILL, ESQ.
Florida Bar No. 99155
2001 Palm Beach Lakes Blvd Suite 410
West Palm Beach, FL 33409
(o) +1.561.689.6789
(f) +1.561.689.6767